# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VIRGINIA CAUGHRON, Individually
and as Administratix of the Estate of
Jerry Lee Caughron, Deceased                    PLAINTIFF

v.                No. 3:17-cv-21-DPM

UPSHER-SMITH LABORATORIES,
INC. and TARO PHARMACEUTICALS
USA, INC.                                             DEFENDANTS

## ORDER

Stipulation, № 69, noted and appreciated. The amended complaint will be dismissed with prejudice. Motion for summary judgment, № 66, denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 July 2018